UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN KENNEY,

                  Plaintiff,

v.

SGT. COLBERT,

                  Defendants.

3:20-CV-0366-MMD-CLB

**ORDER**

The Office of the Attorney General did not accept limited service for the purpose of mediation on behalf of Defendant Colbert because "based upon the information provided within the complaint, the Attorney General's Office is unable to identify Defendant Colbert." (ECF No. 8). Plaintiff's complaint is limited to one date, January 26, 2019, at Ely State Prison ("ESP"). (ECF No. 6).

Therefore, the court orders the Office of the Attorney General ("AG") to contact ESP to determine if anyone with the last name "Colbert"[1] worked at ESP on January 26, 2019 to identify the named defendant. If the AG has contacted ESP, the AG shall outline what steps were undertaken to identify this defendant, such as reviewing the ESP employee log or any incident report for plaintiff's "man down" incident on January 26, 2019. (ECF No. 6).

Thereafter, on or before **May 5, 2021,** the Office of the Attorney General shall file an amended notice of acceptance of limited service stating whether they are able to accept limited service for the purpose of mediation for this defendant.

**DATED:** April 22, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Or similarly spelled name.