# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN KENNEY,

          Plaintiff,

v.

SGT. COLBERT,

          Defendants.

3:20-CV-0366-MMD-CLB

**ORDER**

      Plaintiff was ordered to file a notice further identifying defendant "Colbert" on or before Friday, May 28, 2021. (ECF No. 14). Plaintiff was further ordered that if he was unable to further identify defendant "Colbert," he shall show cause why this this case should not be dismissed. (*Id.*) Plaintiff did neither. Rather, he filed a document that contains the following two sentences: "My name is John Kenney. I am sending this evidence to help you further determine that my case is good." (ECF No. 15). Attached to this paper is 37 pages of grievances he submitted to the Nevada Department of Corrections. (*Id.*)

      The court will allow plaintiff one final opportunity to file a notice on or before **June 16, 2021** to either identify defendant "Colbert" or show cause why this case should not be dismissed. Plaintiff is cautioned that his failure to do so may result in a report and recommendation dismissing this case in its entirety.

**DATED:** June 2, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**

1