# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN KENNEY,<br><br>       Plaintiff,<br>v.<br>SGT. COLBERT,<br><br>       Defendants. | 3:20-CV-0366-MMD-CLB<br><br>**ORDER** |

Plaintiff was ordered to file a notice further identifying defendant "Colbert" on or before Friday, May 28, 2021. (ECF No. 14.) Plaintiff was further ordered that if he was unable to further identify defendant "Colbert," he shall show cause why this this case should not be dismissed. (*Id.*) Plaintiff did neither. Rather, he filed a document that contains the following two sentences: "My name is John Kenney. I am sending this evidence to help you further determine that my case is good." (ECF No. 15.) Attached to this paper is 37 pages of grievances he submitted to the Nevada Department of Corrections. (*Id.*)

The Court issued a second order requiring Plaintiff to file a notice identifying Defendant "Colbert" or show cause why this case should not be dismissed. (ECF No. 16.) This order was returned from Southern Desert Correctional Facility as undeliverable with a note to forward mail to Carlin Conservation Camp. (ECF No. 17.) The Court mailed a copy of ECF No. 16 to Plaintiff at Carlin Conservation Camp on June 15, 2021. (See note on docket entry dated June 2, 2021.)

The Court has verified via the Nevada Department of Corrections website that Plaintiff is now incarcerated at the Carlin Conservation Camp. Therefore, the Clerk shall change Plaintiff's address to:

1
2
3
4

John Kenney
Inmate #1191279
Carlin Conservation Camp
124 Suzie Creek Road
PO Box 1490
Carlin, Nevada  89822

The court will allow Plaintiff one final opportunity to file a notice on or before **August 13, 2021** to either identify defendant "Colbert" (i.e., first name or alternate spelling) or show cause why this case should not be dismissed.  Plaintiff is cautioned that his failure to do so will result in a report and recommendation dismissing this case in its entirety.

**DATED:** July 21, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**